FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG -4 PM 1:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ADVANCED DATA PROCESSING, INC. | ) | CV 216-43 |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE HILL | ) | |

## ORDER

Plaintiff Advanced Data Processing, Inc. and Defendant Nicole Hill, by and through their respective counsel, have filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All claims are hereby dismissed with prejudice and the Clerk is Ordered to close this case. All parties are to bear their own attorneys' fees and costs of this action.

SO ORDERED this 4 day of August, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA